IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT N. JOHNSON, | ) | |
| Plaintiff, | ) | 2:09-cv-03197-GEB-KJN |
| v. | ) | ORDER GRANTING PLAINTIFF |
| | ) | LEAVE TO AMEND AND DENYING |
| PUBLIC STORAGE FRANCHISE, INC., | ) | DEFENDANTS' PENDING |
| Individually and d/b/a Public | ) | MOTION |
| Storage; PUBLIC STORAGE INC., | ) | |
| Individually and d/b/a Public | ) | |
| Storage; PS PROPERTIES IV LTD, | ) | |
| Individually and d/b/a Public | ) | |
| Storage; PS ORANGECO, INC., | ) | |
| Individually and d/b/a Public | ) | |
| Storage; AUBURN-WATT STORAGE | ) | |
| PARTNERS, LTD, a California | ) | |
| Limited Partnership; PUBLIC | ) | |
| STORAGE PROPERTIES, IV, LTD, | ) | |
| a California Limited Partnership; | ) | |
| PS PROPERTIES ADVISORS, INC., | ) | |
| a California corporation; PUBLIC | ) | |
| STORAGE PROPERTIES XVII, INC., | ) | |
| a California corporation; PARTNERS | ) | |
| PREFERRED YIELD III INC., | ) | |
| a California corporation; PUBLIC | ) | |
| STORAGE INSTITUTIONAL FUND, | ) | |
| a California Limited Partnership; | ) | |
| SHURGARD CALIFORNIA PROPERTIES, | ) | |
| LLC, a Delaware limited liability | ) | |
| company; PUBLIC STORAGE PROPERTIES | ) | |
| XV, a California corporation; | ) | |
| PUBLIC STORAGE PROPERTIES XIX, | ) | |
| INC., a California Limited | ) | |
| Partnership; STORAGE EQUITIES, | ) | |
| INC., a California corporation; | ) | |
| STORAGE EQUITIES/PS PARTNERS- | ) | |
| FOLSOM, a California general | ) | |
| partnership; PUBLIC STORAGE PICKUP | ) | |

1 | & DELIVERY, L.P., a California )
Limited Partnership; PUBLIC STORAGE)
2 | PROPERTIES, V, LTD, a limited )
partnership, )
3 | )
Defendants. )
4 | _____)

5      Pending is a motion to dismiss Plaintiff's complaint and to

6 stay this case.  Plaintiff filed an opposition to the motion and a

7 First Amended Complaint ("FAC") on February 21, 2010.  Plaintiff

8 lacked leave to file the FAC.  However, Defendants acquiesce in

9 allowing the FAC to be the operative complaint by stating in their

10 Reply brief: "Because the initial complaint is no longer the operative

11 complaint in this action, Defendants' motion to dismiss the complaint

12 is moot."  Therefore, Plaintiff is granted leave to file the FAC, and

13 FAC is now operative complaint in this action.

14      Defendants, however, urge the Court in their Reply brief to

15 use its discretion "in the interest of judicial economy [to] consider

16 whether the flaws complained of in the motion to dismiss are

17 perpetuated in the amended pleading." (Reply 1:6-9).  For the sake of

18 ensuring clarity of filings, this request is denied.

19      For the stated reasons, the FAC is the operative complaint,

20 and Defendants' pending motion to dismiss is denied as moot.

21 Defendants also seek to stay this action pending decision on a class

22 certification motion in another case.  Since that motion should be

23 considered in conjunction with the operative complaint, which was not

24 //

25 //

26 //

27 //

28 //

1 | filed when the motion was filed, the stay motion is also denied
2 | without prejudice.

3 | Dated:  March 4, 2010

4

5 | _____
GARLAND E. BURRELL, JR.
6 | United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28