IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                            No. 2:09-cv-03197 KJN

   vs.

PUBLIC STORAGE FRANCHISE, INC.,
et al.,

    Defendants.                      ORDER

       Having considered the request by Defendants Public Storage Franchise, Inc., Public Storage Inc., PS Orangeco, Inc., Public Storage Properties, IV, LTD, Partners Preferred Yield III Inc., and Public Storage Properties, V, LTD (collectively, "Defendants") for permission to allow its principal attorney responsible for the litigation, Melinda Evans, to participate by telephone in the hearing on its Motion To Dismiss First Amended Complaint and Stay Proceedings (the "Motion") scheduled to be heard on May 6, 2010, at 10:00 a.m.,

       IT IS HEREBY ORDERED that Defendants' counsel may participate in the hearing on the Motion via telephone.

////

1

**DEFENDANTS' COUNSEL MUST TELEPHONE THE UNDERSIGNED'S DEPUTY CLERK NO LATER THAN MONDAY, MAY 4, 2010, TO PROVIDE THE COURT WITH A DIRECT TELEPHONE NUMBER WHERE THE COURT MAY CONTACT COUNSEL AT THE TIME OF THE HEARING.**

**IT IS SO ORDERED**

DATED: March 22, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE