SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson<br><br>　　　　Plaintiff,<br><br>　vs.<br><br><br>Public Storage Franchise, Inc., et al<br><br>　　　　Defendants. | Case No.: CIV.S 09-cv-3197-GEB-KJN<br><br>***Request and ~~Proposed~~* ORDER Re: Service of Process for Defendant, Auburn-Watt Storage Partners, LTD** |

　　　Plaintiff seeks leave of court to serve Defendant, Auburn-Watt Storage Partners, LTD by substituted service of process through the Secretary of State's office.  Plaintiff's process server has been unable to affect service of process upon the registered agent for service and has electronically filed the related Declaration of Non-Service (Docket document 25).

1

Request and Proposed ORDER　　　　　　　　　　　　　　　　　CIV: S-09-cv-03197-GEB-KLN

1
2  Dated: April 12, 2010                                    Disabled  Acccess  Prevents  Injury  Inc.
3
4                                                                   /s/ Scott N. Johnson
                                                                    SCOTT N. JOHNSON,
5                                                                   Attorney for Plaintiff
6
7
8  **IT IS SO ORDERED**.

9  Dated:   April 15, 2010
10
                                                                /s/ Kendall J. Newman
11
                                                    KENDALL J. NEWMAN
12                                                  UNITED STATES MAGISTRATE JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2